## 46796.   JILES v. THE STATE.

JORDAN, Presiding Judge. No appeal being made from the overruling of the motion for new trial, and the enumerated errors being the same as the grounds of the motion for new trial, the ruling on the motion for new trial is the law of the case. *Parrott v. State,* 124 Ga. App. 586 (184 SE2d 691), and citations.

*Judgment affirmed. Deen and Clark, JJ., concur.*
SUBMITTED JANUARY 5, 1972—DECIDED FEBRUARY 10, 1972.

*Aubrey W. Gilbert,* for appellant.